IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR439** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **JOSEPH T. JORDAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report ("PSR") and the Defendant's objections thereto (Filing No. 157). The government adopted the PSR (Filing No. 156). The Defendant filed a motion for downward departure and a supporting brief (Filing Nos. 158, 159.) *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The Defendant objects to ¶ 49 (reference to two individuals in the third-party risk paragraph) and ¶¶ 116-20 (alleged gang affiliation). The objections are denied for the reasons stated in the Addendum to the PSR and because these matters do not affect the sentencing guideline calculation.

The Defendant's motion for downward departure (Filing No. 158) will be heard at sentencing.

IT IS ORDERED:

1. The Defendant's objections to the PSR (Filing No. 157) are denied;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are

required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

      3.    Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final;

      4.    Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing;

      5.    The Defendant's motion for downward departure (Filing No. 78) will be heard at sentencing; and

      6.    The Defendant's motion for downward departure (Filing No. 158) will be heard at sentencing.

DATED this 26th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge